No. 05–7285.  MUHAMMAD v. CURRY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 05–7287.  DAY-PETRANO v. CIRCUIT COURT OF FLORIDA, PINELLAS COUNTY, ET AL.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 05–7291.  WEISSLEADER v. AMERICAN KENNEL CLUB ET AL.; WEISSLEADER v. RIVERSIDE COUNTY, CALIFORNIA; and WEISSLEADER v. LERNER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–7295.  BENSON v. LUTTRELL ET AL.  C. A. 6th Cir. Certiorari denied.

No. 05–7296.  BOYCE v. BUSS, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 05–7298.  BRIGGS v. CINCINNATI COURT INDEX NEWSPAPER.  C. A. 6th Cir.  Certiorari denied.

No. 05–7302.  NAM NGUYEN v. GOLDER, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 05–7305.  MICHAU v. CANNON, SHERIFF, CHARLESTON COUNTY, SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–7306.  KESSLER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–7310.  RUSSELL v. CITY OF CHICAGO, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 05–7311.  MUNGRO v. BENNING ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–7312.  MENDES v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–7315.  BRYANT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.